IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and CARMEN ORTIZ, UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS,<br><br>Defendants. | Civil Action No. 14-11759-ADB |

**DEFENDANT FBI'S MOTION FOR RECONSIDERATION**

Defendant, the Federal Bureau of Investigation ("FBI"), moves for reconsideration, under Fed. R. Civ. P. 59(e), of the Court's August 17, 2016 Memorandum and Order in this Freedom of Information Act ("FOIA") case. Specifically, the FBI seeks reconsideration of the Court's Order as to 12 pages of documents that the FBI released to Plaintiff, the ACLU of Massachusetts ("ACLUM"). Reconsideration is warranted here because the FBI withheld information from these 12 pages, pursuant to FOIA Exemption 7(E), to protect the current capabilities of the Massachusetts Joint Terrorism Task Force ("JTTF") to pursue terrorism investigations. See 5 U.S.C. § 552(b)(7)(E). Specifically, the information withheld is akin to a database or a list of granular data allowing terrorists and other criminals to ascertain how the FBI, in Massachusetts and elsewhere, goes about investigating crimes. This, in turn, affects the ability of the JTTF to pursue individual investigations and could reasonably be expected to risk circumvention of the

law.  This information is protected under the FOIA, and the FBI should not be required to disclose it.

As grounds for this motion, the FBI relies on the accompanying memorandum of law, as well as the Second Declaration of David M Hardy.

WHEREFORE, the FBI respectfully requests that the Court reconsider its August 17, 2016 Memorandum and Order finding that the FBI did properly assert FOIA Exemption 7(E).

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   */s/ Jennifer A. Serafyn*
        Jennifer A. Serafyn, BBO# 653739
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3188

Dated:  December 22, 2016        Jennifer.Serafyn@usdoj.gov

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The parties have been unable to narrow the issues presented in this motion and agreed on a briefing schedule for Defendant's motion in the parties' recent Joint Status Report.  Doc. 81.

        */s/ Jennifer A. Serafyn*
        Jennifer A. Serafyn
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

|  |  |
|---|---|
|  | */s/ Jennifer A. Serafyn* |
|  | Jennifer Serafyn |
| Dated:  December 22, 2016 | Assistant United States Attorney |