THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and ANDREW E. LELLING, UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS, <br><br> *Defendants*. | Civil Action No. 14-cv-11759-ADB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff American Civil Liberties Union Foundation of Massachusetts ("Plaintiff") and Defendants Federal Bureau of Investigation ("FBI") and the United States Attorney for the District of Massachusetts ("USAO") (together with FBI, "Defendants") (collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on April 10, 2014 pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to obtain certain records from Defendants concerning the Massachusetts Joint Terrorism Task Force;

WHEREAS, Defendants made their final production of documents in this action on December 20, 2016 and produced their final Vaughn index on June 19, 2017;

WHEREAS, Plaintiff requested Defendants pay its attorneys' fees and costs in this action;

WHEREAS, the Parties reached an agreement with respect to Plaintiff's request for attorneys' fees and costs;

WHEREAS, Defendants have made payment to Plaintiff in fulfillment of the Parties'

- 2 -

agreement concerning attorneys' fees and costs;

NOW, THEREFORE, the Parties, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Dated: October 18, 2018

| THE AMERICAN CIVIL LIBERTIES FOUNDATION OF MASSACHUSETTS | FEDERAL BUREAU OF INVESTIGATION; and ANDREW E. LELLING, UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS |
|---|---|
| By their attorneys, | By their attorney, |
| | ANDREW E. LELLING<br>United States Attorney |
| */s/ William D. Dalsen* | */s/ Jennifer A. Serafyn\** |
| William D. Dalsen (BBO No. 689334)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br>wdalsen@proskauer.com | Jennifer A. Serafyn<br>Chief, Civil Rights Unit<br>United States Attorney's Office<br>District of Massachusetts<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>617.748.3188<br>Jennifer.Serafyn@usdoj.gov |
| – and – | *With Permission |
| Matthew R. Segal (BBO No. 654489)<br>Laura Rótolo (BBO No. 665247)<br>Jessie J. Rossman (BBO No. 670685)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS<br>211 Congress Street<br>Boston, MA 02110<br>(617) 482-3170<br>msegal@aclum.org<br>lrotolo@aclum.org<br>jrossman@aclum.org | |

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was filed via the Court's CM/ECF system and that and a copy will be sent automatically to all counsel of record on October 18, 2018.

                */s/ William D. Dalsen*
                William D. Dalsen (BBO No. 689334)